FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY JASON LOREEN,<br><br>Defendant. | No. 2:16-PO-0011-JTR-3<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

**BEFORE THE COURT** is the United States' motion to dismiss, with prejudice, all counts of the Information filed on January 28, 2016 pertaining to Defendant, based on Defendant's completion of his obligations under the Deferred Prosecution Agreement. ECF No. 100. The United States is represented by United States Attorney Earl A. Hicks. Defendant is represented by attorney Virginia Rockwood.

Defendant has completed more than one (1) year of his pretrial supervision, and the United States has determined Defendant has successfully completed all the other terms, conditions, and obligations of the Deferred Prosecution Agreement, ECF No. 89-1. *See* ECF No. 100 at 2. The United States was made aware of Defendant's completion of his obligations by United States Probation Officer Erik Carlson on March 2, 2020. ECF No. 98. It is the understanding of the United States that there is no objection to this motion.

ORDER . . . - 1

Because Defendant has complied with all requirements imposed under the Deferred Prosecution Agreement in this matter, *see* ECF No. 89-1, **IT IS ORDERED**:

1. The United States' motion to dismiss, **ECF No. 100**, is **GRANTED**.

2. The pending information for placing a substance that may cause a fire, in violation of 36 C.F.R. § 261.5(a) (Count 1) and failure to control a non-prescribed fire, in violation of 36 C.F.R. § 261.5(e) (Count 4), ECF No. 1, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**. All future hearings shall be stricken and the Clerk of the Court shall **CLOSE THE FILE**.

DATED April 16, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2